IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) No.: 16-cv-10007 |
| vs. | ) ) |
| PARK RIDGE REAL ESTATE INVESTMENTS, INC. D/B/A RE/MAX PROPERTIES NORTHWEST, DOROTHY ELLIS, and ELZBIETA SOFER, | ) ) ) ) ) |
| Defendants. | |

## ORDER

This matter coming to be heard on Plaintiff's Motion to Strike Defendant Elzbieta Sofer's Answer and Motion for Default Judgment against Defendant Sofer (Docket No. 19) and Plaintiff's Motion to Dismiss Park Ridge Real Estate Investments, Inc. d/b/a Re/Max Properties Northwest ("Re/Max") and Dorothy Ellis ("Ellis")(Docket No. 20), due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Dismiss Park Ridge Real Estate Investments, Inc. d/b/a Re/Max Properties Northwest ("Re/Max") and Dorothy Ellis ("Ellis") is granted. Defendants Park Ridge Real Estate Investments, Inc. d/b/a Re/Max Properties Northwest ("Re/Max") and Dorothy Ellis ("Ellis") are dismissed with each party to bear its own costs and attorneys' fees.

2. Plaintiff's Motion to Strike Defendant Elzbieta Sofer's Answer is granted.

ENTERED:



3/30/17  
_____  
Jorge L. Alonso United States District Judge

2277148v.1