## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No.: 16-cv-10007 |
| ) | |
| PARK RIDGE REAL ESTATE INVESTMENTS, ) | |
| INC. D/B/A RE/MAX PROPERTIES ) | |
| NORTHWEST, DOROTHY ELLIS, and ) | |
| ELZBIETA SOFER, ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO STIPULATION

NOW COMES Plaintiff TWIN CITY FIRE INSURANCE COMPANY ("Twin City"), by its attorneys, Michael J. Duffy and Ashley L. Conaghan of Wilson Elser Moskowitz Edelman & Dicker LLP, and for its Motion for Entry of Final Judgment Pursuant to Stipulation, states as follows:

1. On October 25, 2016, Twin City filed its Complaint for Declaratory Judgment seeking a declaration that Twin City owes no insurance coverage obligations to Re/Max and Ellis for the claims made against them in a lawsuit styled as *Elzbieta Sofer v. Re/Max Properties Northwest and Dottie Ellis*, Case No. 2016-L005672, which is currently pending in the Circuit Court of Cook County, Illinois (the "*Sofer* suit") (See, Docket No. 1).

2. On March 30, 2017, the Court granted Plaintiff's Motion to Dismiss Defendants Park Ridge Real Estate Investments, Inc. d/b/a Re/Max Properties Northwest and Dorothy Ellis as they agreed to withdraw their claims for coverage. (Docket Nos. 20, 22-23).

3. Defendant Sofer is the only remaining defendant.

4. Twin City and Sofer have stipulated and agreed that judgment in Twin City's favor be entered finding and declaring that Twin City Fire Insurance Company has no duty to defend or indemnify Park Ridge Real Estate Investments, Inc. d/b/a Re/Max Properties Northwest ("Re/Max") and Dorothy Ellis ("Ellis") with respect to the claims against them in lawsuit styled as *Elzbieta Sofer v. Re/Max Properties Northwest and Dottie Ellis*, Case No. 2016-L005672, in the Circuit Court of Cook County, Illinois. Each party to bear their own costs and attorneys' fees. A copy of the Stipulation is attached as Exhibit A.

Wherefore, Twin City Fire Insurance Company and Elzbieta Sofer respectfully request this Court enter judgment in favor of Twin City Fire Insurance Company pursuant to the stipulation with each party to bear its own costs and attorneys' fees.[1]

                Respectfully submitted,

                TWIN CITY FIRE INSURANCE COMPANY

                By: /s/ Ashley L. Conaghan
                      One of its Attorneys

Michael J. Duffy (michael.duffy@wilsonelser.com)
Ashley L. Conaghan (ashley.conaghan@wilsonelser.com)
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
(312) 704-0550
(312) 704-1522 (fax)

---

[1] A proposed order will be submitted under separate cover.

2

2303525v.1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    By:     /s/ Ashley L. Conaghan
                                                             One of the Attorneys for
                                                          Twin City Fire Insurance Company

Michael J. Duffy (#6196669) - michael.duffy@wilsonelser.com
Ashley L. Conaghan (#6303052) - ashley.conaghan@wilsonelser.com
Wilson Elser Moskowitz, Edelman & Dicker LLP
55 W. Monroe, Suite 3800
Chicago, IL 60603
(312) 704-0550 (phone)
(312) 704-1522 (fax)
Firm I.D. # 16741